IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-371-RJC-DCK

| | |
|---|---|
| US AIRWAYS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| US AIRLINE PILOTS ASSOCIATION and MICHAEL J. CLEARY, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning Robert Seigel, filed July 29, 2011. Mr. Seigel seeks to appear as counsel *pro hac vice* for Plaintiff US Airways, Inc.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Seigel is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff US Airways, Inc.

Signed: July 29, 2011

David C. Keesler
United States Magistrate Judge