IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-371-RJC-DCK

| | |
|---|---|
| US AIRWAYS, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| US AIRLINE PILOTS ASSOCIATION and MICHAEL J. CLEARY, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 31) concerning Patrick J. Szymanski filed August 9, 2011. Mr. Szymanski seeks to appear as counsel *pro hac vice* for Defendant US Airline Pilots Association.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Szymanski is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant US Airline Pilots Association.

Signed: August 9, 2011

David C. Keesler
United States Magistrate Judge