IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-371-RJC-DCK

| | |
|---|---|
| US AIRWAYS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| US AIRLINE PILOTS ASSOCIATION and MICHAEL J. CLEARY, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 49) concerning Zachary R. Harkin filed August 16, 2011. Mr. Harkin seeks to appear as counsel *pro hac vice* for Defendant US Airline Pilots Association and Michael Cleary.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Harkin is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant US Airline Pilots Association and Michael Cleary.

Signed: August 17, 2011

David C. Keesler
United States Magistrate Judge