# United States District Court
# For The Western District of North Carolina
# Charlotte Division

US Airways, Inc. ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                3:11-cv-371

US Airline Pilots Association and
Michael J. Cleary ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2011 and January 11, 2012 Order.

                                              Signed: January 11, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court